United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BABALOLA BABATUNDE OLAIYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1936 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Babalola Babatunde Olaiya filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On May 12, 2026, the court ordered the respondents to answer (Dkt. 4). On July 13, 2026, , the respondents filed notice that the petitioner that the intended to remove the petitioner from the United States after the Court's 5-day notice period elapsed (Dkt. 7). On July 27, 2026, they filed notice that the petitioner was removed on July 25, 2026.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co*., 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on July 30, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE